THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Regions Bank, Respondent,
v.
Gatesman-Majors
 Partners, LLC, Randy A. Gatesman, Stacey L. Majors, Frederick F. Majors,
 Excel Construction, Inc., Trinity Hydro Seeding & Landscaping, Concrete
 Designs, Inc., and Hertz Equipment Rental Corporation, Defendants,
Of whom Gatesman-Majors Partners, LLC, Stacey L. Majors and Frederick F. Majors are
 the, Appellants.
S&W Ready
 Mix Concrete Co., Inc., Plaintiff,
v.
Tyler's Customs
 Concrete, LLC and Gatesman-Majors Partners, LLC, Defendants.
 
 
 

Appeal From Horry County
Benjamin H. Culbertson, Circuit Court
 Judge
Cynthia Graham Howe, Master-in-Equity

Unpublished Opinion No. 2011-UP-573
Submitted December 1, 2011  Filed
 December 20, 2011

AFFIRMED

 
 
 
F. Miles Adler and Elizabeth H. Freeman, both
 of Pawleys Island, for Appellants.
Hamilton Osborne, Jr., of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Gatesman-Majors Partners (GMP), Stacey L. Majors, and Frederick
 F. Majors, appeal the order of the circuit court granting summary judgment to
 Regions Bank (Regions) on Regions's claim against the Majors as guarantors of a
 promissory note, arguing the circuit court erred in finding the Majors
 defaulted on a loan secured by the note.  GMP also appeals the
 master-in-equity's order and judgment of foreclosure and sale of a parcel of
 real property, arguing the master erred in finding the Majors defaulted on the
 same loan or, in the alternative, GMP established the affirmative defense of
 payment.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to whether the circuit court erred in
 finding Regions met its burden of proof:  Aiken v. World Fin. Corp. of S.C.,
 373 S.C. 144, 148, 644 S.E.2d 705, 708 (2007) ("In order to be preserved
 for appellate review, an issue must have been raised to and ruled upon by the
 [circuit] court.").
2.  As to whether the master-in-equity erred in
 finding Regions established default and GMP did not establish payment:  U.S.
 Bank Trust Nat'l Ass'n v. Bell, 385 S.C. 364, 373, 684 S.E.2d 199, 204 (Ct.
 App. 2009) (explaining that in an appeal from an action at equity the appellate
 court may find facts in accordance with its own view of the preponderance of
 the evidence but is not required to disregard the findings below or ignore the
 fact that the master-in-equity is in a better position to assess the
 credibility of the witnesses).
 AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.